UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY, JR., | No. C 10-823 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SABRINA R. FARRELL, Deputy District Attorney of Alameda County; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action if his criminal conviction is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 1, 2010

_____
SUSAN ILLSTON
United States District Judge